# UNITED STATES DISTRICT COURT

__Middle__ DISTRICT OF __Alabama, Northern Division__

JAMES EARL COLLINS

V.

UPS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07cv972-WKW

TO: c/o United Parcel Service Inc.
CSC Lawyers Incorporating Svc Inc
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Maricia Woodham, Esq.
Sabel & Sabel, P.C.
2800 Zelda Rd., Suite 100-5
Montgomery, AL 36106
334-271-2770

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

_Debra P. Hackett_
CLERK

_October 30, 2007_
DATE

_[signature]_
(BY) DEPUTY CLERK