IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-972-WCW |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT UNITED PARCEL SERVICE, INC.**

In accordance with Federal Rule of Civil Procedure 7.1 and the Court's Civil Miscellaneous Order Number 00-3047, Defendant United Parcel Service, Inc. (incorporated in Ohio) advises the Court that it is owned by United Parcel Service, Inc. (incorporated in Delaware), which is publicly traded on the New York Stock Exchange under the ticker symbol UPS.

Respectfully submitted this 20th day of November, 2007.

s/ Jeremy D. Tucker
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
jeremy.tucker@alston.com

LEGAL02/30600664v1

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN, McKNIGHT &
BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Fax: (205) 271-1108

Attorneys for Defendant United Parcel Service, Inc.

LEGAL02/30600664v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES EARL COLLINS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-972-WCW |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UNITED PARCEL**

**SERVICE, INC.** with the Clerk of Court using the CM/ECF system, which will automatically

send e-mail notification of such filing to the following attorney of record:

Maricia Woodham
Sabel & Sabel, P.C.
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106

Counsel for Plaintiff

I further certify that I have mailed by United States Postal Service the document to the

following non-CM/ECF participants: none.


s/ Jeremy D. Tucker
Jeremy D. Tucker

LEGAL02/30600664v1