IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 2:07-CV-972-WCW |
| v. | ) |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW James Collins, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   **X**   This party is an individual, or
   ☐   This party is a government entity, or
   ☐   There are no entities to be reported, or
   ☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                                              Relationship to Party

No reportable relationships                                    _____


December 4, 2007                    /s/ Maricia Woodham
   Date

                                    Maricia Woodham_____
                                    Counsel for James Collins

                                    Sabel & Sabel, P.C.
                                    2800 Zelda Rd.; Suite 100-5
                                    Montgomery, AL 36106
                                    Telephone:   334- 271-2770
                                    Facsimile    334-277-2882

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed a true and correct copy of the foregoing with the clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Jeremy D. Turner
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309

William J. Baxley
Donald R. James
BAXLEY, DILLARD, DAUPHIN, MCKNIGHT & BARCLIFT
2008 3rd Avenue South
Birmingham, AL  35233

                                                /s/ Maricia Woodham
                                                Maricia Woodham