IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS,      )<br>          )<br>   Plaintiff      )<br>          )<br>v.         )<br>          )<br>UNITED PARCEL SERVICE, INC.,   )<br>          )<br>   Defendant.     )<br>_____ ) | CIVIL ACTION NO. 2:07-CV-972-WCW |

## MOTION TO APPEAR AS COUNSEL PRO HAC VICE

Pursuant to M.D. Ala. LR 83.1(b), M.D. Ala., Lisa H. Cassilly respectfully moves for entry of an order permitting her appearance *pro hac vice* as counsel for Defendant United Parcel Service, Inc. ("UPS") in this action. Ms. Cassilly will be acting as Lead Counsel for UPS in this matter.

In support of this motion, movant states the following:

1. Lisa H. Cassilly submits that she is a resident of Georgia and is a member in good standing of the State Bar of Georgia. Ms. Cassilly is admitted to practice before the following courts: The United States Supreme Court, the United States Courts of Appeals for the Eleventh and Third Circuits, and the United States District Courts for the Northern and Middle Districts of Georgia.

2. Ms. Cassilly's Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached as Exhibit A to this motion, and a check payable to the Clerk of the Court is enclosed for her appearance fee.

3. The undersigned counsel have designated William J. Baxley and Donald R. James of the law firm of Baxley, Dillard, Dauphin, McKnight, & Barclift of Birmingham, Alabama, as

local counsel. Mr. Baxley and Mr. James have entered their appearances in this case on behalf of Defendant UPS.

4. Movant states that she is familiar with, has read, and will be governed in this special appearance by the Local Rules of this Court.

WHEREFORE, Lisa H. Cassilly respectfully requests that the Court enter an order permitting her appearance *pro hac vice* for the purpose of representing Defendant UPS in this case.

Respectfully submitted, this 10 day of December 2007.

_____
Lisa H. Cassilly
Georgia Bar No. 116030

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777

_____
William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)

BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: 205-939-0995
Fax No.: 205-271-1108

Attorneys for Defendant United Parcel Service, Inc.

LEGAL02/30620560v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 2:07-CV-972-WCW |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **MOTION TO APPEAR AS COUNSEL PRO HAC VICE** by United States Mail with adequate first class postage affixed thereon, addressed as follows:

Maricia Woodham
Sabel & Sabel, P.C.
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106

Counsel for Plaintiff

This 12th day of December 2007.

_____
Donald R. James



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**       }
                                   } ss.
**NORTHERN DISTRICT OF GEORGIA**   }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Lisa Helen Cassilly, State Bar No. 116030,** was duly admitted to practice in said Court on August 17, 1987, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of December, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, | ) |
|     Plaintiff | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-972-WCW ) |
| UNTIED PARCEL SERVICE, INC. | ) ) |
|     Defendant. | ) |

ORDER

Now pending before the court is Attorney Lisa H. Cassilly's motion to appear pro hac vice filed on December 12, 2007. Upon consideration of the motions and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. Attorney Lisa H. Cassilly shall file a notice of appearance with this court.

_____
UNITED STATES DISTRICT JUDGE