IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES EARL COLLINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-972-WKW |
| | ) | |
| **UNITED PARCEL SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Upon consideration of the Motion for Lisa H. Cassilly to Appear as Counsel Pro Hac Vice (Doc. # 8) filed on December 12, 2007, it is ORDERED that the motion is GRANTED.

DONE this 13th day of December, 2007.

                                                /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE