```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001547
Cashier ID: brobinso
Transaction Date: 12/13/2007
Payer Name: BAXLEY DILLARD DAUPHIN MCKNIGH
------------------------------------
PRO HOC VICE
  For: LISA HELEN CASSILLY
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $20.00
------------------------------------
CHECK
  Check/Money Order Num: 26597
  Amt Tendered:  $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00

PHV FOR LISA CASSILLY, EFILED ON
12/12/2007
```