IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES EARL COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-972-WKW |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw filed by Maricia B. Woodham, (Doc. # 14), it is ORDERED that the motion is GRANTED.

Done this 10th day of March, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE