IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES EARL COLLINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   CASE NO.: 2:07-CV-972-WCW |
| **v.** | ) |
| | ) |
| **UNITED PARCEL SERVICE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE CONCERNING SETLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff, pursuant to Section 3 of this Court's Scheduling Order, and respectfully reports that the Parties have conducted an initial face-to-face settlement conference. The Parties have not settled the case, but will continue settlement talks. The Parties are continuing to discuss whether mediation may be helpful in resolving the case prior to trial.

.

Respectfully submitted this the  15th  day of May, 2008.

/s/ Mark Sabel
MARK SABEL (SAB004)
Attorney for Plaintiff

**OF COUNSEL:**
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 *facsimile*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system this the  15th  day of May, 2008, which will send notice of same to all counsel of record.

Lisa Cassilly, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309

William J. Baxley, Esq.
Donald R. James, Esq.
BAXLEY, DILLARD, DAUPHIN, MCKNIGHT & BARCLIFT
2008 3rd Avenue South
Birmingham, AL  35233


                                                  /s/ Mak Sabel
                                                  OF COUNSEL