IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 2:07-CV-972-WCW |
| v. ) | |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE

COME NOW the Parties and jointly move this Court to extend the deadlines for discovery and the filing of dispositive motions. In light of continuing efforts at settlement and in an effort to reduce the costliness of litigation, the Parties seek to extend the discovery and dispositive motion deadlines by 60 days. In support of the instant motion, the Parties offer the following to the Court:

1. The parties have diligently pursued discovery, but more remains to be completed, in part as a consequence of a substitution of lead counsel for the Plaintiff following the withdrawal of the former lawyer who served as Plaintiff's lead counsel. There have been no prior extensions of any deadlines in this case.

2. The parties are in discussions regarding a possible compromise resolution of the claims in this action and counsel are discussing mediation as an option. The parties desire an opportunity to explore settlement before

- 2 -

further investment must be made in discovery, including out of state depositions.

3. The Plaintiff has noticed a number of additional depositions, none of which will be taken in Montgomery. Several will be taken in Birmingham, and two of the deponents reside outside of Alabama in Kansas and Pennsylvania respectively. The Plaintiff also has noticed a Rule 30(b)(6) witness to explain matters pertaining to Defendant's benefit, retirement, and incentive compensation plans and that deposition will likely be in Atlanta where Defendant is headquartered. The parties desire to explore settlement before the expenses of such depositions have been incurred, while preserving the right to complete discovery if necessary.

4. The Court is fully authorized to amend its Rule 16 Scheduling Order, F.R.C.P. 16(b)(4), and Rule 1 indicates that such an amendment is appropriate in this case. Granting the requested extensions would help to "secure the just, speedy, and inexpensive determination" of this action. F.R.C.P. 1.

5. The current discovery deadline is June 2, 2008. The current dispositive motion deadline is June 16, 2008. For good cause shown, the Parties seek to extend the deadlines for completion of discovery and submission of dispositive motions by 60 days.

WHEREFORE, the Parties jointly request that the Court extend the discovery and dispositive motion deadlines by 60 days.

Respectfully submitted this the 19th day of May, 2008.

*Mark Sabel*

Mark Sabel (SAB005)
Attorney for Plaintiff
SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106
Phone: (334) 271-2770
Facsimile: (334) 277-2882

Attorney for Plaintiff

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
jeremy.tucker@alston.com

Attorneys for Defendant United Parcel Service, Inc.

LEGAL02/30816315v1