IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-972-WKW |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Joint Motion to Extend the Deadline Discovery Deadline and Dispositive Motion Deadline (Doc. # 17), it is ORDERED that the motion is GRANTED. The deadline for discovery is CONTINUED from June 2, 2008, to **August 1, 2008**. The deadline for dispositive motions is CONTINUED from June 16, 2008, to **August 15, 2008.** All other deadlines remain the same.

DONE this 20th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE