IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-972-WKW |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The court has been notified that the parties have settled this case. The parties shall file a joint stipulation of dismissal **on or before August 13, 20008.** The pre-trial conference scheduled for September 15, 2008 and the trial scheduled for October 20, 2008 are CANCELLED.

DONE this 30th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE