IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-972-WCW |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT MOTION TO EXTEND THE DEADLINE TO FILE PAPERS REGARDING DISMISSAL

Plaintiff and Defendant jointly move this Court to extend the deadline for filing a stipulation of dismissal. As grounds, the Parties state as follows:

1. The Parties are working to finalize the language of the Settlement Agreement.

2. Granting the request will provide the Parties time to conclude this case without having to involve the Court.

3. The Settlement Agreement contemplates that Plaintiff will submit a motion to this Court to retain jurisdiction for a brief period of time because of a unique provision related to retirement benefits at UPS.

4. In addition, the provisions of the Older Worker's Benefit Protection Act pertinent to this case require additional time to finalize a settlement agreement.

WHEREFORE, the Parties respectfully request that the Court extend the deadline for 20 days for the Parties to file a stipulation of dismissal or for Plaintiff to file a motion to retain jurisdiction as noted in Paragraph 3, above.

LEGAL02/30914087v1

Respectfully submitted this 13th day of August, 2008.

s/ Mark Sabel
Mark Sabel (SAB004)
(*signed by Jeremy D. Tucker w/express permission of Mark Sabel*)
Attorney for Plaintiff
SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, Alabama  36106
Phone:  (334) 271-2770
Facsimile:  (334) 277-2882

Attorney for Plaintiff

s/Jeremy D. Tucker
William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 271-1100
Fax No.: (205) 271-1108

Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777

Attorneys for Defendant United Parcel Service, Inc.

- 2 -

Respectfully submitted this 13th day of August, 2008.

s/ Mark Sabel
Mark Sabel (SAB004)
(*signed by Jeremy D. Tucker w/express permission of Mark Sabel*)
Attorney for Plaintiff
SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, Alabama  36106
Phone:  (334) 271-2770
Facsimile:  (334) 277-2882

Attorney for Plaintiff

s/Jeremy D. Tucker
William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 271-1100
Fax No.: (205) 271-1108

Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777

Attorneys for Defendant United Parcel Service, Inc.

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC., )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. 2:07-CV-972-WCW |

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Mark Sabel
Sabel & Sabel, P.C.
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106

Counsel for Plaintiff

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

s/ Jeremy D. Tucker
Jeremy D. Tucker

- 3 -