IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES EARL COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-972-WKW |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Joint Motion to Extend the Deadline to File Papers Regarding Dismissal (Doc. # 20), it is ORDERED that the motion is GRANTED. The deadline for the parties to file their joint stipulation of dismissal is CONTINUED from August 13, 2008 to **September 2, 2008**.

Done this 14th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE