IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL COLLINS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC., )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. 2:07-CV-972-WCW |

## PARTIES' NOTICE REGARDING RESOLUTION OF CASE

Plaintiff James Earl Collins and Defendant United Parcel Service, Inc. have today finalized the terms of the written Agreement that embodies the Parties' resolution of the claims in this suit. Plaintiff is in the process of executing the Agreement so that Defendant may comply with its obligations under the Agreement. Under the Agreement and applicable law, Plaintiff has seven days after he executes the Agreement to revoke it before it becomes final and binding on the Parties.

Although Defendant is now willing and prepared to execute and file with the Court a joint stipulation of dismissal of this action, Plaintiff will not join in a stipulation of dismissal until Defendant has satisfied its obligations that arise after the seven-day revocation period has passed. Thus, the Parties are unable to submit a joint stipulation of dismissal at this time, but expect to do so in September after the Agreement has become final.

Respectfully submitted this 2nd day of September 2008.

s/ Mark Sabel
Mark Sabel (SAB004)
(*electronically signed by Jeremy D. Tucker w/express permission of Mark Sabel*)
Sabel & Sabel, P.C.
2800 Zelda Road
Suite 100-5
Montgomery, AL 36106

s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000

- 2 -

| | |
|---|---|
| mksabel@mindspring.com | Fax No. (404) 881-7777<br>jeremy.tucker@alston.com |
| Attorney for Plaintiff | |
| | William J. Baxley (BAX 001)<br>Donald R. James, Jr. (JAM016)<br>BAXLEY, DILLARD, DAUPHIN<br>& McKNIGHT<br>2008 3rd Avenue South<br>Birmingham, Alabama 35233<br>Tel. No.: (205) 939-0995<br>Fax No.:  (205) 271-1108 |
| | Attorneys for Defendant |

LEGAL02/30936290v1